**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00617-CR

**STEVEN EDWARD VILLNAVE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-22214-U**

## ORDER

The State's second motion for an extension of time to file its brief is **GRANTED.** The State's brief, received simultaneously with its motion, is deemed timely filed. The Clerk is **DIRECTED** to file the brief effective December 9, 2013.

/s/    ELIZABETH LANG-MIERS
          PRESIDING JUSTICE